IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR229 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CARRIE A. STENGER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's unopposed Motion to Continue [18] the previously scheduled Change of Plea hearing.  For good cause shown, the motion will be granted and the defendant's change of plea hearing will be rescheduled before the undersigned magistrate judge.

IT IS ORDERED

1. Defendant's unopposed Motion to Continue [18] the previously scheduled Change of Plea hearing is granted;

2. The Change of Plea hearing is continued to **October 16, 2007** at **2:00 p.m** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **October 2, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of October, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge